UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division

Indiana Rail Road Company, The, et al.
                      Plaintiff,

v.                                                     Case No.: 1:19−cv−06466
                                                              Honorable Edmond E. Chang

Illinois Commerce Commission, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 6, 2019:

       MINUTE entry before the Honorable Edmond E. Chang:Status hearing held. Attorney Jacob T. Spencer appeared by telephone on behalf of Plaintiffs. The Union Movants' unopposed motion to intervene as Defendants [29] is granted. The Unions' pleading due 11/20/2019. The Court discussed whether limited discovery was needed before filing dispositive motions. The parties shall promptly confer on the issue and finish conferrals by 12/06/2019. If no agreement is reached, then the Unions shall file a motion for appropriate relief. On dispositive motions, to avoid repetitive briefs, the briefing schedule will comprise four deadlines instead of simultaneous briefs. Plaintiffs' opening motion for summary judgment (or judgment on the pleadings) due 01/06/2020. The ICC's and the Unions responses and cross−motions due 02/03/2020. Plaintiffs' reply on their own motion and response to Defendants' motions due 02/18/2020. Defendants' reply on their own motions due 03/02/2020. Status hearing set for 12/18/2020 at 10 a.m. The status report requirement [8] is vacated. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.